UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MORICE LAW FIRM, L.L.C.**                                              **CIVIL ACTION**

**VERSUS**                                                                       **NO. 10-2942**

**RITA K. AKEHURST**                                                      **SECTION "I" (3)**

### REPORT AND RECOMMENDATION

On August 1, 2011, the Motion to Extend Discovery Deadline [Doc. #46] came on for oral hearing by telephone before the undersigned.  Present were Mark Morice on behalf of plaintiff and Kara Samuels on behalf of defendant.  After the oral hearing, the Court took the motion under advisement simultaneously with another motion to compel.  Because no pre-trial conference  nor trial are scheduled in this lawsuit, and because the parties represent that some discovery remains,

**IT IS RECOMMENDED** that the Motion to Extend Discovery Deadline [Doc. #46] be GRANTED to the extent that the discovery deadline be continued until September 30, 2011.

### NOTICE OF RIGHT TO OBJECT

Objections must be: (1) specific, (2) in writing, and (3) served within fourteen (14) days after being served with a copy of this report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 1(a), 6(b) and 72(b). A party's failure to object bars that party from: (1) entitlement to *de novo* review by a district judge; and (2) appellate review of the un-objected-to factual findings and legal conclusions accepted by the

district court, except upon grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 16th day of August, 2011.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**