UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MORICE LAW FIRM, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2942** |
| **RITA K. AKEHURST** | **SECTION "I" (3)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the parties to file objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion to Extend Discovery Deadline[1] is **GRANTED** to the extent that the discovery deadline is continued until September 30, 2011.

New Orleans, Louisiana, this ___5th___ day of ___September___, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 46.